UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| LISA LAPP, Administrator, *et al.,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *v.* | ) | Case No. 1:23-cv-248 |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On consideration of plaintiffs' motion for leave promptly to seek discovery from the

Office of the Alexandria Sheriff, and the Court finding it just and proper to do so, it is hereby

ORDERED that plaintiffs' motion be, and it here is, GRANTED.  It is further

ORDERED that plaintiffs may serve a subpoena *duces tecum* on the Office of the

Alexandria Sheriff seeking production of any and all records arising out of the incarceration in

the Alexandria Adult Detention Center ("ADC") of the late Christopher Lapp in the period

March 1, 2021- May 18, 2021, including any file maintained on Dr. Lapp and any ADC log book

or other repository of entries in which information regarding Dr. Lapp may be found.  It is

further

ORDERED that in the case of log books or repositories of information containing

information regarding other inmates as well as Dr. Lapp, the names of other inmates may be

redacted by the Sheriff prior to production.  Alternatively, if not redacted by the Sheriff, it is

hereby ORDERED that the names of such other inmates be redacted by the parties before any

filing thereof is made in any public record.  It is further

ORDERED that in the event an entry responsive to the plaintiffs' subpoena, including the name or signature of a person working at the ADC, is illegible or uncertain, if these matters are not promptly clarified by agreement between counsel, the plaintiffs may take a deposition of the Sheriff's Office pursuant to FED. R. CIV. P. 30(b)(6) limited to the identification of the illegible or uncertain entries.  Such deposition will be without prejudice to a subsequent deposition of the Sheriff's Office pursuant to FED. R. CIV. P. 30(b)(6) if sought by the plaintiffs once discovery begins by court order.


Dated: _____, 2023                    _____
                                             United States Magistrate Judge