RECEIVED JAN 30 2020

To: Senior Judge T.S. Ellis III
From: Christopher W. Lapp Ph.D., S.R.O.*
Subject: Request for Hearing - Stay of Court Order

Your Honor,

Unfortunately I was only given a days notice of our meeting and no time to adequately review Dr. Armstrong's report (only part). I was told by Mr. Cummings that this was just a meeting that would set a hearing. Last Friday's meeting was not a hearing, but a sentence to the psych ward. In addition, I have been waiting almost three weeks to get my property back from Mr. Colindres my investigator. This material contains 1; important emails I would have used in court about my claims 2; my 5 screenplays and 3; my inventions.

During the court proceedings I wanted to speak (address) to your honor about the documents I have that relate to Dr. Armstrong's opinion. Her opinion that I am delusional and not competent. Dr. Armstrong arrived at this opinion based on my comments relating to threats made by a group of three men (one Russian, one black, one hispanic) about my travels overseas and how they are pointless.

* Senior Reactor Operator, 1,000 MWe Harris Nuclear

PLAINTIFF'S EXHIBIT 21

[2]

It is obvious this refers to my efforts in Bulgaria with Small Modular Reactors (SMR) to displace Russian natural gas known as "Russian Diversification". These individuals threatened me the first time in Reston, VA and I reported it to the Fairfax County Police. This report indicates a witness so this is not a delusion. The police never asked for a description but I have this in my files. There were two other confrontations, one on the road with a gun and finally (after my return from overseas fall 2018 before arrest) for money near my daughter's house in Purceville, Va. Understand, this was only one of the contributing factors to my crime.

The Confidential Memo mentions "Russian Diversification" with SMRs and how they would be linked to a Missile Shield in Bulgaria/Romania. I am mentioned along with Asst. Sec of Energy Dr. Peter Lyons who I did brief on the SMR issues. The Memo also discusses the Balkan Mafia and Russian Mafia on energy issues. That is not a delusion, it is business as usual over there and as they told me the Balkan Mafia provided me protection. Bulgarian officials were concerned because of the assassination of a top Lockheed Martin executive by an ex-KGB sniper over an arms deal. Not fantasy, but real as research will show.

* I have the Confidential email in my files with the P.I.

[3]

\* Interesting that the police did not followup on my threats for description and the FBI never questioned me when I told them of these individuals and threats take occurred in two states. The FBI did wonder why someone like me (Secret Clearance) would do this. Well I guess this "crime ring" is doing other illegal activities as we worry about my mental health, what a waste of effort.

\* (They told me there is not much they can do.)

I have reviewed Dr. Armstrong's report and wonder how the U.S. government allowed me to work at 18 nuclear sites for 28 reactors plus Top Secret work on nuclear weapons and counter terror for commercial plants. Some things she has are just wrong, fabricated or half-truth. I never said the government was against me or my dad was in the government for treason etc. It's just "off" and she spent little time with me to judge my life. I take the MMPI every 3-5 years for the last 30 years and suddenly I have a problem. B.S. I'm not taking medication, that's all shrinks think they can do. I'm not Jack Nicholson in "One Flew Over the Cuckoo's Nest". Remember Dr. Armstrong is to find something wrong. Even "if" I am what she says I am competent to understand trial procedures.

During our hearing you asked was there any other evidence and I told my lawyer "yes", he did nothing.

[4]

I am requesting a hearing your honor as I was given no time to prepare and did not have my materials as for "some reason" my investigator has not come by. But I should have what I need in a day or two. I would have the following as evidence: (I had no chance to defend myself)

- Bulgarian Memo on "Russian Diversification" with myself, Asst. Sec. of Energy Dr. Lyons, and Balkan/Russian mafias.

* - Mr. Brent Thompson - business partner in Bulgaria on Russian Diversification who was threatened, who lost $1 million when his CFO was taken, also car

- Joseph Jackson - CFO who was forced to wire the $1 million from Mr. Thompson to unknown account.

- Fairfax County Police report that mentions a witness. I mentioned to police possible groups

* - Robert Shanklin - landlord of place I rented in MD when the second threat occurred on road with gun.

I am shocked to hear that I will have "Involuntary Medicine". I will fight that. Let's get to plea.

* Phone report by P.I.

CC: File, other

*[signature]*

Attachment One (Example)                    (i)

Relative to Dr. Armstrong's Bipolar Disorder, Dr. DeRight (pg 7) does not find Bipolar Disorder so these reports conflict.

10 years ago I had both knees replaced which required multiple pain killers and physical rehab. I also suffered a pulmonary embolysm but survived. As I recovered pain medication was reduced but low amounts were tapered off. Soon after my wife and I went on a one week cruise to the islands having a good time partying. Upon returning I felt unsettled and bad due to alcohol/drug interaction. I decided to go to the hospital for this acute case, but they treated it as chronic so I was there a week. After I continued to work out and rebuild myself from this major surgery. I only drank socially and sometimes not for months at a time. I have no DUI's or other criminal history with alcohol/drugs as I am randomly tested at my jobs.

Dr. Armstrongs (7) items related to bipolar are textbook definitions and most do not apply if any of them. I will address each one in my report later.
Ex. #7  1) unrestrained buying sprees - No rarely buy clothes for me
        2) sexual indiscretions - No, one girl, report denies this
        3) foolish investments - No, 2 major Trans-Elect & Communiclique $100,000 in $815,000 out
(* Part with Parents)



Envelope addressed to:

Honorable T.S. Ellis, III
Eastern District of Virginia
401 Courthouse Road
Alexandria, VA 22314

Return address:
Christopher Lapp
2001 Mill Road
Alexandria, VA 22314

Case 1:19-cr-00099-TSE Document 91-1 *SEALED* Filed 01/31/20 Page 1 of 1 PageID# 367

Postmark: 28 JAN 2020 PM 3L NOVA 220

Stamp: RECEIVED MAILROOM JAN 30 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

Markings: "Legal", "22314-570459", "U.S. MARSHALS SERVICE"