UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LISA LAPP, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case #1:23-cv-248 (MSN/LRV) |
| ) | |
| THE UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Lisa Lapp gives notice that she accepts the offer of defendant Dean Inouye, M.D., to have judgment entered against him in the amount of $1,750,000. A copy of the offer is attached hereto. The clerk is requested to enter judgment on the offer.

                                            Respectfully submitted,

                                            LISA LAPP,

                                            By counsel

Dated:   January 18, 2024

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
Lapp/Pldgs/2024-0118AcceptanmceOf Offer

Certificate of Service

    I, Victor M. Glasberg, hereby certify that on this 18th day of January 2024, I electronically filed the foregoing Acceptance of Offer of Judgment with the clerk of the court.

        //s// Victor M. Glasberg
        Victor M. Glasberg, #16184
        Victor M. Glasberg & Associates
        121 S. Columbus Street
        Alexandria, VA  22314
        703.684.1100 / Fax: 703.684.1104
        vmg@robinhoodesq.com
        Counsel for Plaintiff