IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LISA LAPP,

*Plaintiff,*

v.                                                      1:23-cv-00248 (MSN/LRV)

UNITED STATES OF AMERICA, *et al.*,
*Defendants.*

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Acceptance of Offer of Judgment (Dkt. 190). It is hereby

**ORDERED** that judgment be **ENTERED**, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rule of Civil Procedure at Dkt. 190-1, in the amount of $1,750,000 to Plaintiff Lisa Lapp against Defendant Dean Inouye with prejudice to her claims against Defendant Dean Inouye.

The Clerk is directed to enter the above judgment pursuant to Federal Rule of Civil Procedure 68 and forward copies of this Order to all counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

January 19, 2024
Alexandria, Virginia