IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LISA LAPP,<br>            *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>            *Defendants*. | 1:23-cv-00248 (MSN/LRV) |

**ORDER**

On December 13, 2023, the Court granted the Defendant United States of America's Motion for Summary Judgment. *See* Dkt. 127. Accordingly, it is hereby

**ORDERED** that judgment be **ENTERED** in favor of the Defendant United States of America.

The Clerk is directed to enter the above judgment pursuant to Federal Rule of Civil Procedure 58 and forward copies of this Order to all counsel of record. The Clerk is further directed to close this civil action.

                                                        /s/
                                           Michael S. Nachmanoff
                                           United States District Judge

January 19, 2024
Alexandria, Virginia